## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

KELLEY MOSS-BROWN,

Plaintiff,

v.

STATE FARM FIRE & CASUALTY CO.,

Defendant.

Civil No. 24-8993 (KMW/EAP)

**ORDER**

This matter having been raised *sua sponte* by the Court due to *pro se* Plaintiff Kelley Moss-Brown's failure to respond to discovery requests, comply with this Court's scheduling and discovery orders, appear for Court-ordered hearings, and otherwise prosecute her case; and the Court having considered the Report and Recommendation submitted by the Honorable Elizabeth A. Pascal, U.S.M.J., pursuant to 28 U.S.C. § 636(b)(1)(B) and (C); and the parties having been notified that they have fourteen (14) days from receipt of the Report and Recommendation to file and serve objections pursuant to Fed. R. Civ. P. 72 and L. Civ. R. 72.1(c)(2); and the Court having considered the objections of the parties, if any; and the Court finding that the Report and Recommendation is neither clearly erroneous, nor contrary to law; and for good cause shown,

IT IS on this 25th day of November 2025, hereby

ORDERED that the Report and Recommendation is **ADOPTED**; and it is further

ORDERED that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

KAREN M. WILLIAMS
United States District Judge